STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

11-421 C/W
11-419 & 11-420

CYNTHIA KIRKLAND

VERSUS

STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF
TRANSPORTATION AND DEVELOPMENT

**********
APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT
PARISH OF ALLEN, DOCKET NO. C-2007-567, C/W
C-2007-455 & C-2007-566
HONORABLE H. WARD FONTENOT, DISTRICT JUDGE
**********

SYLVIA R. COOKS
JUDGE

**********

Court composed of Sylvia R. Cooks, James T. Genovese, and Phyllis M. Keaty, Judges.

**AFFIRMED**.

W. Jay Luneau
1239 Jackson Street
Alexandria, LA 71301
(318) 767-1161
COUNSEL FOR PLAINTIFF/APPELLEE:
    Cynthia D. Kirkland

D. Randolph Street
Street & Street
508 North 31st Street
Monroe, LA 71201
(318) 325-4418
COUNSEL FOR PLAINTIFF/APPELLEE:
    Johnnie O'Hara.

**C. David Vasser, Jr.**
**Vasser & Vasser**
**516 Myrtle Hill Drive**
**Baton Rouge, LA 70810**
**(225) 767-0352**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
    **Liberty Mutual Fire Ins. Co. and Schneider National Carriers, Inc.**


**James D. "Buddy" Caldwell, Attorney General**
**Elizabeth B. Hollins, Assistant Attorney General**
**Louisiana Department of Justice, Litigation Division**
**One Lakeshore Drive, Suite 1200**
**Lake Charles, LA 70629**
**(337) 491-2880**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **State of Louisiana, DOTD**

**COOKS, Judge.**

For the reasons assigned in the consolidated case entitled *Vestal v. Kirkland*, 11-419 (La.App. 3 Cir. __/__/__), ___ So.3d ___, rendered this day, the judgment of the trial court is affirmed. Costs of this appeal are assessed to the State of Louisiana, through the Department of Transportation and Development.

**AFFIRMED.**